UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL JONES                                    CIVIL ACTION

VERSUS                                           NO. 13-15

GHIRARDI MARINE AGENCY, INC.                     SECTION  "N"  (1)

## J U D G M E N T

For the reasons set forth in the Court's Order and Reasons dated April 25, 2013 (Rec. Doc.

No. 15); accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor

of defendant, Ghirardi Marine Agency, Inc.,  and against plaintiff, Michael Jones, dismissing

plaintiff's claims with prejudice.

New Orleans, Louisiana, this   5th   day of  June, 2013.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE